UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Nicholas and Randy Hitchner

Case No.: 18-23836/ABA
Adv. No.:
Hearing Date:
Judge:

## Order Avoiding Claim Number 3-1 (Wells Fargo) and Reclassifying it to Completely Unsecured

The relief set forth on the following pages, numbered two (2) through is hereby **ORDERED**.

---

**DATED: November 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Nicholas and Randy Hitchner
Case No: 18-23836/ABA
Caption of Order: Reclassifying Claim #3-1 to Completely Unsecured

---

Upon the Application of Terry Tucker Esq. on behalf of Debtor's Nicholas and Randy Hitchner and for Good Cause Shown :

IT IS ORDERED AND ADJUDGED THAT :

The amount claimed in PACER Claim #3-1 by Wells Fargo be and is hereby Reclassified to Completely Unsecured.