UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

**Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Nicholas and Randy Hitchner

Case No.: 18-23836/ABA
Adv. No.:
Hearing Date:
Judge:

### Order Avoiding Claim Number 3-1 (Wells Fargo) and Reclassifying it to Completely Unsecured

The relief set forth on the following pages, numbered two (2) through is hereby **ORDERED**.

---

**DATED: November 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-23836-ABA    Doc 23    Filed 11/09/18    Entered 11/10/18 00:30:19    Desc Imaged
Case 18-23836-ABA    Doc 18-2    Filed 10/05/18    Entered 10/05/18 15:00:49    Desc
Proposed Order reclassifying claim #3-1 to completely unsecured    Page 2 of 2
Certificate of Notice    Page 2 of 3

(Page 2)
Debtor: Nicholas and Randy Hitchner
Case No: 18-23836/ABA
Caption of Order: Reclassifying Claim #3-1 to Completely Unsecured

Upon the Application of Terry Tucker Esq. on behalf of Debtor's Nicholas and Randy Hitchner and for Good Cause Shown :

IT IS ORDERED AND ADJUDGED THAT :

The amount claimed in PACER Claim #3-1 by Wells Fargo be and is hereby Reclassified to Completely Unsecured.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas J Hitchner  
Randy R Hitchner  
    Debtors

Case No. 18-23836-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Nov 07, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.  
db/jdb       +Nicholas J Hitchner,   Randy R Hitchner,   9 Meadow Wood Dr,   Bridgeton, NJ 08302-4517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:  
          Alexandra T. Garcia   on behalf of Creditor   Finance of America Mortgage, LLC  
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com  
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
          Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Melissa S DiCerbo   on behalf of Creditor   Finance of America Mortgage, LLC  
           nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com  
          Michael R. DuPont   on behalf of Creditor   Bridgeton Onized Federal Credit Union    dupont@redbanklaw.com,  dana@redbanklaw.com  
          Terry Tucker   on behalf of Debtor Nicholas J Hitchner terrytucker@comcast.net  
          Terry Tucker   on behalf of Joint Debtor Randy R Hitchner terrytucker@comcast.net  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 8