Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-23836 (ABA)**

Nicholas J. Hitchner and Randy R. Hitchner  
9 Meadow Wood Drive  
Bridgeton, NJ  08302

Monthly Payment: $115.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/2021 | $115.00 | 01/26/2021 | $115.00 | 03/02/2021 | $115.00 | 03/26/2021 | $115.00 |
| 05/03/2021 | $115.00 | 05/11/2021 | $115.00 | 06/16/2021 | $115.00 | 07/30/2021 | $115.00 |
| 08/25/2021 | $115.00 | 09/29/2021 | $115.00 | 11/02/2021 | $115.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICHOLAS J. HITCHNER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $1,164.95 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOFCU | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BRIDGETON ONIZED F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $8,421.34 | $105.73 | $8,315.61 | $0.00 |
| 5 | CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DR. IQBAL AND KHAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GREENSKY, LLC | 33 | $2,170.57 | $27.25 | $2,143.32 | $0.00 |
| 8 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LITTMAN JEWELRY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK | 24 | $736.81 | $736.81 | $0.00 | $0.00 |
| 11 | MONEY MGMT INT'L | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NISSAN-INFINITI LT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NISSAN-INFINITI LT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | TOYS R US | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. | 33 | $12,285.26 | $154.24 | $12,131.02 | $0.00 |
| 17 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RANDY R. HITCHNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | BRIDGETON ONIZED F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | BRIDGETON ONIZED F.C.U. | 33 | $1,456.33 | $18.29 | $1,438.04 | $0.00 |
| 22 | NICHOLAS J HITCHNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | BRIDGETON ONIZED F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | FINANCE OF AMERICA MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | BRIDGETON ONIZED F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CITIBANK, N.A. | 33 | $817.13 | $10.26 | $806.87 | $0.00 |
| 29 | GREENSKY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | NISSAN-INFINITI LT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 60.00 | $115.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,265.00 |
| Total paid to creditors this period: | $1,164.95 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $195.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**