KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for MidFirst Bank

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Nicholas J Hitchner<br>Randy R Hitchner aka Randy R Snyder<br><br>　　　DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 18-23836 ABA<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |
| TO:<br>Nicholas J Hitchner<br>9 Meadow Wood Dr<br>Bridgeton, NJ 08302Randy R Hitchner aka Randy R Snyder<br>9 Meadow Wood Dr<br>Bridgeton, NJ 08302<br><br>TERRY TUCKER<br>　Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>US TRUSTEE<br>Office of the US Trustee<br>One Newark Center, Suite 2l00<br>Newark, NJ 07102 |

　　　PLEASE TAKE NOTICE THAT the undersigned attorney for **MidFirst Bank**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.  Costs and counsel fees will also be requested. The property involved is known as **9 Meadow Wood Drive, Bridgeton NJ 08302**.  The hearing on this matter is scheduled for **July 11, 2023 at 10:00 AM.**

Dated:  June 02, 2023　　　　　　　　　　　　**/s/Denise Carlon**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for MidFirst Bank