# EXHIBIT C

| INSTRUMENT NUMBER: | DOCUMENT TYPE: |
|---|---|
| 561813 | ASSIGNMENT OF MORTGAGE |

| Official Use Only | Return Address *(for recorded documents)* |
|---|---|
| CELESTE RILEY, COUNTY CLERK<br>CUMBERLAND COUNTY, NJ<br><br>INSTRUMENT NUMBER<br>561813<br>RECORDED ON<br>09/18/2018 05:08:03 PM<br>BOOK: 04171  PAGE: 1905<br>KH<br><br>Consideration: | KML LAW GROUP, P.C.<br>701 MARKET ST STE 5000<br>PHILADELPHIA  PA 19106 |

| **No. of Pages** *(excluding Summary Sheet)* | 3 |
|---|---|
| **Recording Fee** *(excluding Transfer Tax)* | $60.00 |
| **Realty Transfer Tax** | $0.00 |
| **Amount Charged** | $60.00 |
| **Parcel Information** | Block:<br>Lot:<br>Municipality: HOPEWELL TWP |
| **First Party Name** | MERS NOM |
| **Second Party Name** | MIDFIRST BANK |

MAIL COPY _____
NO COPY _____
ENVELOPE _____

ADDITIONAL STAMPINGS _____

**Additional Information (Official Use Only)**

************************ *DO NOT REMOVE THIS PAGE.* ************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF CUMBERLAND COUNTY FILING RECORD*
**************** *RETAIN THIS PAGE FOR FUTURE REFERENCE* ****************

NOTE: If the document data differs from this cover sheet, the document data always supersedes the cover page.
COVER PAGE DOES NOT INCLUDE ALL DATA. PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

| | |
|---|---|
| **Cumberland County Recording Data Page**<br>**Honorable Celeste M. Riley**<br>**Cumberland County Clerk** | *Official Use Only - Barcode* |
| *Official Use Only - Record & Return*<br>KML Law Group, P.C.<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106-1541 | *Official Use Only - Realty Transfer Fee* |
| Date of Document:<br>2018-09-18 | Type of Document:<br>ASSIGNMENT OF MORTGAGE |
| First Party Name:<br>Mortgage Electronic Registration Systems, Inc., Gateway Funding Diversified Mortgage Services L.P. | Second Party Name:<br>Midfirst Bank, a Federally Chartered Savings Association |
| Additional Parties: | |

| **THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY** ||
|---|---|
| Block: | Lot: |
| Municipality<br>BRIDGETON ||
| Consideration: ||
| Mailing Address of Grantee: ||

| **THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY** ||
|---|---|
| Original Book:<br>4127 | Original Page:<br>7108 |

**CUMBERLAND COUNTY RECORDING DATA PAGE**
Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

Cumberland County Clerk     BK 04171 PG 1907     09/18/2018 05:08 PM     3 of 4
Case 18-23836-ABA    Doc 35-5    Filed 06/02/23    Entered 06/02/23 13:58:23    Desc
Exhibit Exhibit C AOM    Page 4 of 5

Prepared By and Return to:
Jonathan Davis
MidFirst Bank
Attn: Documentation
777 NW Grand Boulevard
Oklahoma City, OK 73118

Loan 
MIN No.
MERS Ph

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., its successors and assigns**, P.O. Box 2026, Flint, MI 48501-2026 (hereinafter called the "Assignor"), does hereby grant, convey, assign, transfer, and set over to **MidFirst Bank, a Federally Chartered Savings Association**, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118, (hereinafter called the "Assignee"), its successors and assigns, all of the Assignor's rights, title and interest in and to:

> The Mortgage dated **04/17/2015**, executed by **Nicholas J Hitchner**, to **Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., its successors and assigns**, recorded on 04/22/2015, as Instrument No. 482449, in Book 4127, Page 7108, in the office of the Recorder, **Cumberland** County, State of **New Jersey**, and covers the following real property and all improvements:

SEE ATTACHED LEGAL DESCRIPTION.

Original Principal Amount: **$158,163.00**

Property Address: **9 Meadow Wood Drive, Bridgeton, NJ 08302**

In Witness Whereof, the undersigned corporation has caused this instrument to be executed this 13th day of September, 2018.

Mortgage Electronic Registration Systems, Inc.,
acting solely as nominee for GATEWAY FUNDING
DIVERSIFIED MORTGAGE SERVICES L.P., its
successors and assigns

_____
Desiree Rodgers           Vice President

State of Oklahoma
County of Oklahoma

On this 13th day of September, 2018, before me, a Notary Public, in and for said county, personally appeared **Desiree Rodgers**, to me personally known, who being by me duly sworn did say that he/she is the **Vice President** of **Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., its successors and assigns**, and that the within instrument was signed on behalf of said corporation by authority of its Board of Directors, and that they acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, executed for the uses and purposes set forth.

In testimony whereof, I have hereunto set my hand and official seal this 13th day of September, 2018.

(SEAL)
NANCY LENTZ
Notary Public
State of Oklahoma
Commission # 07004497 Expires 05/18/19

_____
Notary Public           Nancy Lentz
My Commission Expires:      05/18/2019


Loan

Exhibit "A" Legal Description

ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Township of Hopewell, in the County of Cumberland, State of NJ:

BEGINNING at a point for a corner in the southerly line of Meadow Wood Drive, said point also marks the northwesterly corner of Lot #33 as shown on the plan of lots of Edgewood Park on file or intended for filing in the Cumberland County Clerk's Office; thence

1. along the southerly line of Meadow Wood Drive, North 52 degrees 13 minutes West, 74.38 feet to a point of curve; thence

2. on a curve bending to the right and northwesterly, having a radius of 300 feet, an arc distance of 25.64 feet to a point for a corner; thence

3. bounding Lot #31 of said plan of lots South 37 degrees 47 minutes west, 151.09 feet to a point for a corner; thence

4. along the original tract line of the entire subdivision of Edgewood Park south 52 degrees 13 minutes east, 100 feet to a point for a corner; thence

5. bounding Lot #33 of said plan of lots north 37 degrees 47 minutes east, 150 feet to the point and place of beginning.

FOR INFORMATION PURPOSES ONLY: BEING known as 9 Meadow Wood Drive, Tax Lot 38, Tax Block 50 on the Official Tax Map of Township of Hopewell, NJ.