# EXHIBIT D

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J.LBR 9004-1 |
| Denise Carlon, Esquire |
| KML Law Group, P.C. |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| Main Phone: 609-250-0700 |
| dcarlon@kmllawgroup.com |
| MidFirst Bank |

CASE NO. 18-23836 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Nicholas J Hitchner
Randy R Hitchner aka Randy R Snyder

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED APRIL 17, 2015

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on 04/22/2015 in Cumberland County, in Book 4217 at Page 7108.
Property Address: 9 Meadow Wood Drive, Bridgeton NJ 08302.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Nicholas J Hitchner

Randy R Hitchner aka Randy R Snyder

POST-PETITION PAYMENTS (Petition filed on July 10, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
|  |  | To Suspense | $1,346.00 | 08/15/2018 | $1,346.00 |
| $1,287.98 | 08/01/2018 | 08/2018 | From Suspense | 08/23/2018 | $58.02 |
| $1,287.98 | 09/01/2018 | 09/2018 | $1,346.00 | 09/13/2018 | $116.04 |
| $1,287.98 | 10/01/2018 | 10/2018 | $1,346.00 | 10/26/2018 | $174.06 |
| $1,287.98 | 11/01/2018 | 11/2018 | $1,287.98 | 12/17/2018 | $174.06 |
| $1,287.98 | 12/01/2018 | 12/2018 | $1,287.98 | 12/17/2018 | $174.06 |
| $1,287.98 | 01/01/2019 | 01/2019 | $1,300.00 | 01/29/2019 | $186.08 |
| $1,287.98 | 02/01/2019 | 02/2019 | $1,350.00 | 02/20/2019 | $248.10 |
| $1,287.98 | 03/01/2019 | 03/2019 | $1,287.98 | 03/06/2019 | $248.10 |
| $1,287.98 | 04/01/2019 | 04/2019 | $1,288.00 | 04/03/2019 | $248.12 |
| $1,287.98 | 05/01/2019 | 05/2019 | $1,346.56 | 05/01/2019 | $306.70 |
| $1,287.98 | 06/01/2019 | 06/2019 | $1,346.56 | 06/05/2019 | $365.28 |
| $1,287.98 | 07/01/2019 | 07/2019 | $1,346.56 | 07/09/2019 | $423.86 |
| $1,287.98 | 08/01/2019 | 08/2019 | $1,346.56 | 08/07/2019 | $482.44 |
| $1,287.98 | 09/01/2019 | 09/2019 | $1,346.56 | 09/16/2019 | $541.02 |
| $1,285.82 | 10/01/2019 | 10/2019 | $1,285.82 | 10/15/2019 | $541.02 |

| | | | | | |
|---|---|---|---|---|---|
| $1,285.82 | 11/01/2019 | 11/2019 | $1,285.82 | 11/13/2019 | $541.02 |
| $1,285.82 | 12/01/2019 | 12/2019 | $1,285.82 | 12/06/2019 | $541.02 |
| $1,285.82 | 01/01/2020 | 01/2020 | $1,285.82 | 01/07/2020 | $541.02 |
| $1,285.82 | 02/01/2020 | 02/2020 | $1,285.82 | 02/19/2020 | $541.02 |
| $1,285.82 | 03/01/2020 | 03/2020 | $1,286.00 | 03/24/2020 | $541.20 |
| $1,285.82 | 04/01/2020 | 04/2020 | $1,287.00 | 04/09/2020 | $542.38 |
| $1,285.82 | 05/01/2020 | 05/2020 | $2,600.00 | 06/09/2020 | $1,856.56 |
| $1,285.82 | 06/01/2020 | 06/2020 | From Suspense | 06/09/2020 | $570.74 |
| $1,285.82 | 07/01/2020 | 07/2020 | $1,344.40 | 07/14/2020 | $629.32 |
| $1,285.82 | 08/01/2020 | 08/2020 | $1,344.40 | 08/12/2020 | $687.90 |
| $1,285.82 | 09/01/2020 | 09/2020 | $1,285.82 | 09/25/2020 | $687.90 |
| $1,345.32 | 10/01/2020 | 10/2020 | $1,285.00 | 10/12/2020 | $627.58 |
| $1,345.32 | 11/01/2020 | 11/2020 | $1,374.61 | 11/18/2020 | $656.87 |
| $1,345.32 | 12/01/2020 | 12/2020 | $1,360.00 | 12/23/2020 | $671.55 |
| $1,345.32 | 01/01/2021 | 01/2021 | $1,360.00 | 01/20/2021 | $686.23 |
| $1,345.32 | 02/01/2021 | 02/2021 | $1,385.00 | 02/02/2021 | $725.91 |
| ($1,345.32) | | 02/2021 Reversal | ($1,385.00) | 02/12/2021 | $686.23 |
| $1,345.32 | 02/01/2021 | 02/2021 | $1,315.00 | 03/10/2021 | $655.91 |
| $1,345.32 | 03/01/2021 | 03/2021 | $2,500.00 | 03/26/2021 | $1,810.59 |
| $1,345.32 | 04/01/2021 | 04/2021 | From Suspense | 03/26/2021 | $465.27 |
| $1,345.32 | 05/01/2021 | 05/2021 | $1,394.61 | 05/04/2021 | $514.56 |
| $1,345.32 | 06/01/2021 | 06/2021 | $1,394.61 | 06/23/2021 | $563.85 |
| $1,345.32 | 07/01/2021 | 07/2021 | $1,385.00 | 07/27/2021 | $603.53 |
| $1,345.32 | 08/01/2021 | 08/2021 | $1,385.00 | 08/24/2021 | $643.21 |
| $1,345.32 | 09/01/2021 | 09/2021 | $1,385.00 | 09/29/2021 | $682.89 |
| $1,340.77 | 10/01/2021 | 10/2021 | $1,385.00 | 11/22/2021 | $727.12 |
| $1,340.77 | 11/01/2021 | 11/2021 | $1,500.00 | 12/15/2021 | $886.35 |
| $1,340.77 | 12/01/2021 | 12/2021 | $1,386.00 | 01/04/2022 | $931.58 |
| $1,340.77 | 01/01/2022 | 01/2022 | $1,385.00 | 02/23/2022 | $975.81 |
| $1,340.77 | 02/01/2022 | 02/2022 | $1,385.00 | 03/29/2022 | $1,020.04 |
| $1,340.77 | 03/01/2022 | 03/2022 | $2,600.00 | 05/24/2022 | $2,279.27 |
| $1,340.77 | 04/01/2022 | 04/2022 | From Suspense | 05/24/2022 | $938.50 |
| $1,340.77 | 05/01/2022 | 05/2022 | $2,500.00 | 07/06/2022 | $2,097.73 |
| $1,340.77 | 06/01/2022 | 06/2022 | From Suspense | 07/06/2022 | $756.96 |
| $1,340.77 | 07/01/2022 | 07/2022 | $3,000.00 | 08/29/2022 | $2,416.19 |
| $1,340.77 | 08/01/2022 | 08/2022 | From Suspense | 08/29/2022 | $1,075.42 |
| $1,340.77 | 09/01/2022 | 09/2022 | $1,400.00 | 11/18/2022 | $1,134.65 |
| $1,308.09 | 10/01/2022 | 10/2022 | $1,385.00 | 12/28/2022 | $1,211.56 |
| $1,308.09 | 11/01/2022 | 11/2022 | $1,500.00 | 01/24/2023 | $1,403.47 |
| $1,308.09 | 12/01/2022 | 12/2022 | From Suspense | 01/24/2023 | $95.38 |
| $1,308.09 | 01/01/2023 | 01/2023 | $1,380.00 | 02/23/2023 | $167.29 |
| $1,308.09 | 02/01/2023 | 02/2023 | $1,385.00 | 04/04/2023 | $244.20 |
| ($1,308.09) | | 02/2023 | ($1,385.00) | 04/13/2023 | $167.29 |

|  |  | Reversal |  |  |  |
|---|---|---|---|---|---|
|  |  |  | $3,000.00 | 05/05/2023 | $3,167.29 |
| $1,308.09 | 02/01/2023 | 02/2023 | From Suspense | 05/18/2023 | $1,859.20 |
| $1,308.09 | 03/01/2023 | 03/2023 | From Suspense | 05/18/2023 | $551.11 |
| $1,308.09 | 04/01/2023 |  | $0.00 |  | $551.11 |
| $1,308.09 | 05/01/2023 |  | $0.00 |  | $551.11 |
| **Total Due: $76,159.36** | | **Total Received: $74,094.29** | | **Arrears: $2,065.07** | |

Continue on attached sheets if necessary.

Monthly payments past due 2 mos. X $1,308.09
(Monthly payment+late charge)=$ $1,308.09 as of 10/01/2022.
Arrears: $2,065.07

Each current monthly payment is comprised of:
Effective as of October 01, 2022, the current monthly payment is comprised of:

    Principal and Interest:    $732.48_____
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $575.61_____    (Specify:Escrow)
    TOTAL    $1,308.09_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change were filed on:
08/28/2019 effective 10/01/2019,
08/26/2020 effective 10/01/2020,
08/23/2021 effective 10/01/2021,
08/22/2022 effective 10/01/2022.

PRE-PETITION ARREARS: $736.81

I certify under penalty of perjury that the foregoing is true and correct.

Dated: __6.1.2023__

_Crystal Baker_
Signature
Crystal Baker
Vice President