UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant:  MidFirst Bank

Case No.:    18-23836 ABA

Chapter:    13

In Re:

Nicholas J Hitchner
Randy R Hitchner aka Randy R Snyder
        Debtor/Respondent

Co-Debtor/Respondent

Adv. No.:    _____

Hearing Date: 07/11/2023

Judge:    Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1.  I, Thomas Diruscio

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Denise Carlon, Esquire</u>, who represents the <u>Movant</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On June 02, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3.  I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: June 02, 2023                /S/Thomas Diruscio
                                      Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Nicholas J Hitchner<br>9 Meadow Wood Dr<br>Bridgeton, NJ 08302<br>Randy R Hitchner aka Randy R Snyder<br>9 Meadow Wood Dr<br>Bridgeton, NJ 08302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TUCKER, TERRY<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Balboa, Isabel C.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535<br>Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*