

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esquire
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
MidFirst Bank

In Re:
Nicholas J Hitchner
Randy R Hitchner aka Randy R Snyder

Order Filed on June 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: <u>18-23836 ABA</u>

Chapter: <u>13</u>

Hearing Date:

Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 27, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>MidFirst Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

   **Land and premises commonly known as Lot 38, Block 50, 9 Meadow Wood Drive, Bridgeton NJ 08302**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*