TERRY GLEN TUCKER, ESQUIRE
ATTORNEY AT LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY 08302
(856) 453-7440
Attorney for Defendant(s)

_____

Dajahn Derrell Jarmon
    **Debtor**

: UNITED STATES
: BANKRUPTCY COURT
: FOR THE DISTRICT OF NJ
:CASE NUMBER: 18-23836/ABA
:CIVIL ACTION
:**NOTICE OF MOTION**:
Returnable: August 8, 2023, @ 10:00 am

_____

Midfirst Bank      Midfirst Bank
c/o KLM Law Group    999 Northwest Grand Blvd
216 Haddon Ave #406   Oklahoma City, OK 73118
Westmont, NJ 08108    ATTN: Denise Carlon
ATTN:Kevin G McDonald

Isabel C Balboa, Trustee
535 Rte 38, #580
Cherry Hill, NJ 08002

Office of US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

    **TAKE NOTICE** that the undersigned will apply to the above-named Court, at the Mitchell H. Cohn U.S Courthouse, 400 Cooper Street, Camden, New Jersey, on **August 8, 2023 @ 10:00 am**, or as soon as counsel may be heard if upon objection, for an Order **Reinstating Stay as to Midfirst Bank**

See Attached Affidavit and Proposed Order.


Oral argument is not requested.



A proposed form of Order is annexed hereto.

Dated: July 5, 2022

                                                /s/ Terry Glen Tucker, Esquire