Certificate Number: 03088-NJ-DE-037592852

Bankruptcy Case Number: 18-23836



03088-NJ-DE-037592852

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on July 14, 2023, at 5:24 o'clock PM CDT, Randy R Hitchner completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 14, 2023              By:   /s/Doug Tonne

                                   Name: Doug Tonne

                                   Title: Counselor