UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Terry Tucker, Esq
80 W Broad St
Bridgeton, NJ 08302
TT8409

for Debtor(s)

Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas and Randy Hitchner

Case Number: 18-23836/ABA

Hearing Date:

Judge:

Chapter:

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by \_\_\_\_Terry Tucker for Debtors\_\_\_\_ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to \_\_\_\_Midfirst Bank\_\_\_\_ is reinstated effective the date of this order.

*rev.7/12/16*