UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Terry Tucker, Esq
80 W Broad St
Bridgeton, NJ 08302
TT8409

for Debtor(s)

Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas and Randy Hitchner

Case Number: 18-23836/ABA

Hearing Date:

Judge:

Chapter:

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Terry Tucker for Debtors_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to ___Midfirst Bank_____ is reinstated effective the date of this order.

*rev.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-23836-ABA
Nicholas J Hitchner  Chapter 13
Randy R Hitchner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Aug 08, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J Hitchner, Randy R Hitchner, 9 Meadow Wood Dr, Bridgeton, NJ 08302-4517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alexandra T. Garcia
    on behalf of Creditor Finance of America Mortgage LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Melissa S DiCerbo
    on behalf of Creditor Finance of America Mortgage LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael R. DuPont

District/off: 0312-1  User: admin  Page 2 of 2
Date Rcvd: Aug 08, 2023  Form ID: pdf903  Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Bridgeton Onized Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Terry Tucker | on behalf of Joint Debtor Randy R Hitchner terrytucker@comcast.net |
| Terry Tucker | on behalf of Debtor Nicholas J Hitchner terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9