| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicholas J Hitchner<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8995<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Randy R Hitchner<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5188<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–23836–ABA | | |

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas J Hitchner

Randy R Hitchner
aka Randy R Snyder

9/27/23

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Nicholas J Hitchner  
Randy R Hitchner  
    Debtors

Case No. 18-23836-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 27, 2023 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J Hitchner, Randy R Hitchner, 9 Meadow Wood Dr, Bridgeton, NJ 08302-4517 |
| cr | + | Bridgeton Onized Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517637592 | + | BOFCU, 524 N Pearl St, Bridgeton, NJ 08302-1310 |
| 517637593 | + | Bridgeton Onized FCU, 524 N. Pearl St., Bridgeton, NJ 08302-1310 |
| 517739464 | | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517637595 | + | Capital Services, 20 E Taunon Rd, Berlin, NJ 08009-2615 |
| 517637596 | + | Dr. Iqbal and Khan, 10 Magnolia Ave., Bridgeton, NJ 08302-1760 |
| 517698202 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 517637599 | + | Littman Jewelry, PO Box 790394, St. Louis, MO 63179-0394 |
| 517637600 | | Loan Care, 3637 Senatara Servicing Center #303, Virginia Beach, VA 23452 |
| 517637601 | + | Money Mgmt Int'l, 14141 Southwest Freeway #1000, Sugatloaf, TX 77478-3494 |
| 517637602 | + | Nissan and Infinity Lt, POB 660360, Dallas, TX 75266-0360 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517637591 | + | EDI: GMACFS.COM | Sep 28 2023 00:41:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 517680460 | | EDI: GMACFS.COM | Sep 28 2023 00:41:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519258331 | + | EDI: AISACG.COM | Sep 28 2023 00:41:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517637598 | | EDI: CITICORP.COM | Sep 28 2023 00:41:00 | Home Depot Credit Services, Processing Center, Des Moines, Iowa 50364-0500 |
| 517637594 | + | EDI: CAPITALONE.COM | Sep 28 2023 00:41:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517725143 | | EDI: CAPITALONE.COM | Sep 28 2023 00:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517763768 | + | EDI: CITICORP.COM | Sep 28 2023 00:41:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517637597 | ^ | MEBN | Sep 27 2023 20:47:21 | Greensky Bank Trust, PO Box 29429, Atlanta, GA 30359-0429 |

Case 18-23836-ABA    Doc 51    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 517763960 | + | EDI: AISMIDFIRST | Sep 28 2023 00:41:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517647114 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 27 2023 20:58:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517637603 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 27 2023 20:58:00 | Nissan Infinity Lt, POB 660360, Dallas, TX 75266-0360 |
| 517637604 | + | EDI: RMSC.COM | Sep 28 2023 00:41:00 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 517637605 | + | EDI: WFFC2 | Sep 28 2023 00:41:00 | Wells Fargo, PO Box 71118, Charlotte, NC 28272-1118 |
| 517693795 | | EDI: WFFC2 | Sep 28 2023 00:41:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America Mortgage  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America Mortgage  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bridgeton Onized Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Terry Tucker | on behalf of Debtor Nicholas J Hitchner terrytucker@comcast.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 27, 2023 | Form ID: 3180W | Total Noticed: 28 |

Terry Tucker
    on behalf of Joint Debtor Randy R Hitchner terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10