Form 152 − ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23836−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Nicholas J Hitchner                            Randy R Hitchner
   9 Meadow Wood Dr                    aka Randy R Snyder
   Bridgeton, NJ 08302                  9 Meadow Wood Dr
                                                          Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−8995                                 xxx−xx−5188

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 9/27/23 as to

☑ debtor
☑ joint debtor

has been vacated effective 9/29/23.

Dated: September 29, 2023
JAN: har

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23836-ABA |
| Nicholas J Hitchner | Chapter 13 |
| Randy R Hitchner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: 152 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J Hitchner, Randy R Hitchner, 9 Meadow Wood Dr, Bridgeton, NJ 08302-4517 |
| cr | + | Bridgeton Onized Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517637592 | + | BOFCU, 524 N Pearl St, Bridgeton, NJ 08302-1310 |
| 517637593 | + | Bridgeton Onized FCU, 524 N. Pearl St., Bridgeton, NJ 08302-1310 |
| 517739464 | | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517637595 | + | Capital Services, 20 E Taunon Rd, Berlin, NJ 08009-2615 |
| 517637596 | + | Dr. Iqbal and Khan, 10 Magnolia Ave., Bridgeton, NJ 08302-1760 |
| 517698202 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 517637599 | + | Littman Jewelry, PO Box 790394, St. Louis, MO 63179-0394 |
| 517637600 | | Loan Care, 3637 Senatara Servicing Center #303, Virginia Beach, VA 23452 |
| 517637601 | + | Money Mgmt Int'l, 14141 Southwest Freeway #1000, Sugatloaf, TX 77478-3494 |
| 517637602 | + | Nissan and Infinity Lt, POB 660360, Dallas, TX 75266-0360 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2023 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2023 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517637591 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 22:55:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 517680460 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 22:55:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519258331 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 21:55:08 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517637598 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 21:54:30 | Home Depot Credit Services, Processing Center, Des Moines, Iowa 50364-0500 |
| 517637594 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 21:54:44 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517725143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 21:43:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517763768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 21:54:36 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517637597 | | ^ MEBN | Sep 29 2023 21:23:06 | Greensky Bank Trust, PO Box 29429, Atlanta, GA 30359-0429 |

Case 18-23836-ABA    Doc 52    Filed 10/01/23    Entered 10/02/23 00:16:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: 152 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 517763960 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 29 2023 21:43:49 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517647114 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 22:55:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517637603 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 22:55:00 | Nissan Infinity Lt, POB 660360, Dallas, TX 75266-0360 |
| 517637604 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 23:06:20 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 517637605 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 21:54:26 | Wells Fargo, PO Box 71118, Charlotte, NC 28272-1118 |
| 517693795 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 22:18:52 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America Mortgage  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America Mortgage  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bridgeton Onized Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Terry Tucker | on behalf of Debtor Nicholas J Hitchner terrytucker@comcast.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: 152 | Total Noticed: 28 |

Terry Tucker
    on behalf of Joint Debtor Randy R Hitchner terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10