UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Nicholas J. Hitchner and Randy R. Hitchner

Case No.: 18-23836-ABA

Judge: Altenburg

Chapter: 13

# AMENDED ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that  Nicholas J. Hitchner and Randy R. Hitchner  , the debtor(s) in this case was/were discharged on              9/27/2023            , and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on_____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on_____in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number_____objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently due have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ☒ Other:            The Chapter 13 Trustee's Final Report has not yet been filed              ,

IT IS ORDERED that said discharge order is vacated.

*Rev. 2-11-21*