UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Nicholas J. Hitchner and Randy R. Hitchner

Case No.: 18-23836-ABA

Judge: Altenburg

Chapter: 13

# AMENDED ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that Nicholas J. Hitchner and Randy R. Hitchner, the debtor(s) in this case was/were discharged on 9/27/2023, and that the discharge must be vacated for the reason(s) stated below:

❑ Debtor(s) received a discharge in this case on_____,

❑ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

❑ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

❑ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

❑ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently due have been paid,

❑ The filing fee due in this case has not been paid in full,

☒ Other: The Chapter 13 Trustee's Final Report has not yet been filed,

IT IS ORDERED that said discharge order is vacated.

*Rev. 2-11-21*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-23836-ABA
Nicholas J Hitchner  Chapter 13
Randy R Hitchner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Oct 02, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J Hitchner, Randy R Hitchner, 9 Meadow Wood Dr, Bridgeton, NJ 08302-4517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America Mortgage LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Finance of America Mortgage  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael R. DuPont

on behalf of Creditor Bridgeton Onized Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Terry Tucker

on behalf of Joint Debtor Randy R Hitchner terrytucker@comcast.net

Terry Tucker

on behalf of Debtor Nicholas J Hitchner terrytucker@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10